Pete Krakis et al., Defendants in Error, v. James H. Hooper, Plaintiff in Error.

Gen. No. 20,488.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in this court at the March term, 1915. Affirmed. Opinion filed November 15, 1915.

### Statement of the Case.

Action by Pete Krakis and others, plaintiffs, against James H. Hooper, defendant, in the Municipal Court of Chicago, to recover on a verbal agreement for the installation of a sewer, catch basin and water-closet in a building of defendant. To reverse a judgment of one hundred dollars for plaintiffs, defendant prosecutes this writ of error.

JAMES H. HOOPER, *pro se.*

No appearance for defendants in error.

MR. JUSTICE BAKER delivered the opinion of the court.

## Abstract of the Decision.

ASSUMPSIT, ACTION OF, § 89*—*when finding sustained.* In an action to recover on a verbal contract to install a sewer, catch basin and water-closet in defendant's building, where the evidence was conflicting, evidence *held* to sustain a finding of one hundred dollars for plaintiffs.